JAMES C. YOON, State Bar 177155
jyoon@wsgr.com
ALBERT SHIH, State Bar 251726
ashih@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiff
Epistar Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>Lowe's Companies, Inc.,<br>Lowe's Home Centers, LLC<br><br>Defendants. | CASE NO.: 2:17-cv-03219<br><br>PLAINTIFF EPISTAR CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15 AND FED. R. CIV. P. 7.1<br><br>**JURY TRIAL DEMANDED** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Epistar Corporation ("Epistar") and the undersigned counsel of record certify that there is no parent corporation or publicly held corporation owning ten percent (10%) or more of Epistar's stock.

Pursuant to Civil Local Rule 3-15, the undersigned further certifies that no persons, associations of persons, firms, partnerships, privately held corporations (including parent corporations) or other entities, other than the parties themselves, have either (i) a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Dated: April 28, 2017

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: *_/s/ James C. Yoon_*
James C. Yoon

Attorney for Epistar Corporation