| | |
|---|---|
| Michael B. Eisenberg (*pro hac vice*)<br>**STEPTOE & JOHNSON LLP**<br>1114 Avenue of the Americas<br>35th Floor<br>New York, NY 10036<br>Tel:  (212) 506-3931<br>Fax: (212) 506-3950<br>meisenberg@steptoe.com | Jamie L. Lucia (SBN 246163)<br>**STEPTOE & JOHNSON LLP**<br>One Market Plaza<br>Spear Tower, Suite 3900<br>San Francisco, CA 94105<br>Tel: (415) 365-6711<br>Fax: (415) 365-6681<br>jlucia@steptoe.com |
| Anna M. Targowska (*pro hac vice*)<br>**STEPTOE & JOHNSON LLP**<br>227 West Monroe Street<br>Suite 4700<br>Chicago, IL 60606<br>Tel:  (312) 577-1269<br>Fax: (312) 577-1370<br>atargowska@steptoe.com | Robyn C. Crowther (SBN 193840)<br>**STEPTOE & JOHNSON LLP**<br>633 West Fifth Street<br>Suite 1900<br>Los Angeles, CA 90071<br>Tel:  (213) 439-9428<br>Fax: (213) 439-9599<br>rcrowther@steptoe.com |

*Attorneys for Defendant Lowe's Home Centers, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>Defendant. | Case No.: 2-17-cv-03219 JAK-KS<br><br>Judge: Hon. John A. Kronstadt<br>Magistrate: Hon. Karen L. Stevenson<br><br>**JOINT STIPULATION REGARDING U.S. PAT. NO. 8,587,020** |

# JOINT STIPULATION REGARDING U.S. PAT. NO. 8,587,020

Plaintiff Epistar Corporation ("Plaintiff") and Defendant Lowe's Home Centers, LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS trial in this matter is currently tentatively scheduled for November 16, 2021 pending confirmation from the Court;

WHEREAS the parties desire to narrow the scope of issues for trial;

THEREFORE, the parties stipulate as follows:

Epistar dismisses any and all claims against Lowe's based on the U.S. Pat. No. 8,587,020 without prejudice;

Lowe's dismisses any and all claims and defenses directed to U.S. Pat. No. 8,587,020 without prejudice;

Lowe's will not cross-examine Epistar's witness at trial regarding the dismissal of the claims and defenses based on U.S. Pat. No. 8,587,020 in the context of damages, including that:

- Lowe's will not cross-examine Bryan Van Uden on how the dismissal of U.S. Pat. No. 8,587,020 affects his damages model;
- Lowe's will not cross-examine Meng-chun Kuo on the value of U.S. Pat. No. 8,587,020; and
- Lowe's will not cross-examine Meng-chun Kuo on the fact that U.S. Pat. No. 8,587,020 was included in prior license agreements, if any;

Lowe's will not elicit testimony at trial from Lowe's' own witnesses regarding the dismissal of the claims and defenses based on U.S. Pat. No. 8,587,020 in the context of damages;

The Parties will endeavor to exclude from any claims for costs and/or fees items related solely to U.S. Pat. No. 8,587,020.

| | | |
|---|---|---|
| 1 | DATED:      November 11, 2021 | Respectfully submitted, |
| 2 | /s/ *James C. Yoon* | /s/ *Michael B. Eisenberg* |
| 3 | JAMES C. YOON, State Bar No. 177155 | Michael B. Eisenberg (*pro hac vice*) |
|   | jyoon@wsgr.com | **STEPTOE & JOHNSON LLP** |
|   | RYAN R. SMITH, State Bar No. 229323 | 1114 Avenue of the Americas |
|   | rsmith@wsgr.com | 35th Floor |
|   | ALBERT SHIH, State Bar No. 251726 | New York, NY 10036 |
|   | ashih@wsgr.com | Tel:   (212) 506-3931 |
|   | CHRISTOPHER D. MAYS, State Bar No. 266510 | Fax:  (212) 506-3950 |
|   | cmays@wsgr.com | meisenberg@steptoe.com |
|   | WILSON SONSINI GOODRICH & ROSATI | Jamie L. Lucia (SBN 246163) |
|   | Professional Corporation | **STEPTOE & JOHNSON LLP** |
|   | 650 Page Mill Road | One Market Plaza |
|   | Palo Alto, California 94304-1050 | Spear Tower, Suite 3900 |
|   | Telephone: (650) 493-9300 | San Francisco, CA 94105 |
|   | Facsimile: (650) 565-5100 | Tel:  (415) 365-6711 |
|   |   | Fax:  (415) 365-6681 |
|   | LUCY YEN, State Bar No. 224559 | jlucia@steptoe.com |
|   | lyen@wsgr.com |   |
|   | WILSON SONSINI GOODRICH & ROSATI | Anna M. Targowska (*pro hac vice*) |
|   | Professional Corporation | **STEPTOE & JOHNSON LLP** |
|   | 1301 Avenue of the Americas, 40th Floor | 227 West Monroe Street |
|   | New York, New York 10019-6022 | Suite 4700 |
|   | Telephone: (212) 999-5800 | Chicago, IL 60606 |
|   | Facsimile: (212) 999-5899 | Tel:   (312) 577-1269 |
|   |   | Fax:  (312) 577-1370 |
|   | *Attorneys for Plaintiff Epistar Corporation* | atargowska@steptoe.com |
|   |   | Robyn C. Crowther (SBN 193840) |
|   |   | **STEPTOE & JOHNSON LLP** |
|   |   | 633 West Fifth Street |
|   |   | Suite 1900 |
|   |   | Los Angeles, CA 90071 |
|   |   | Tel:   (213) 439-9428 |
|   |   | Fax:  (213) 439-9599 |
|   |   | rcrowther@steptoe.com |
|   |   | *Attorneys for Defendant Lowe's Home Centers, LLC* |

# SIGNATURE CERTIFICATION

Pursuant to Rule 5-4.3.4(a)(2) of the United States District Court for the Central District of California Local Rules, I hereby certify that the content of this document is acceptable to counsel for Plaintiff and that I have obtained their authorization to affix their electronic signatures to this document.

DATED:    November 11, 2021          Respectfully submitted,

/s/ *Michael B. Eisenberg*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on November 11, 2021 via electronic mail on all counsel of record.

/s/ *Anna M. Targowska*